514

Pambouk Hachadourian et al., Appellees, v. Dick Bogosian et al., Executor of Last Will and Testament of Almast Bogosian, Deceased, and Aug M. Eggmann, Trustee, Appellants.

Term No. 46M19.

opinion filed October 21, 1946; released for publication November 21, 1946. Harold J. Bandy, for appellants; Harold Baltz, for appellees. Opinion by JUSTICE STONE. Not to be published in full.

Pearl Brosie, Appellee, v. George Brosie, Appellant.

Gen. No. 9,509.

opinion filed October 25, 1946; released for publication November 20, 1946. A. M. Fitzgerald and Graham & Graham, for appellant; A. W. Schimmel, for appellee. Opinion by JUSTICE WHEAT. Not to be published in full.